LSK&D #: 601-7014 / 893741
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ESAM YOUSEF,

                                      Plaintiff,

                  -against-

TRUCKLEASE CORPORATION, JOHN DOE, an
individual whose identity is unknown, and
WEBSTER TRUCKING CORP.,

                                      Defendants.
-----------------------------------------------------------------x

**Docket No.: 07 CIV 6109**

**RULE 7.1 CERTIFICATE**

**Assigned to Judge Lynch**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrates of the Court to evaluate possible disqualification and recusal, the undersigned attorneys of record for defendants, TRUCKLEASE CORPORATION and WEBSTER TRUCKING CORP., certify that, upon information and belief, the following corporations are involved in this matter:

      TRUCKLEASE CORPORATION and WEBSTER TRUCKING CORP.

Dated:   New York, New York
         June 28, 2007

                        Yours, etc.

                        LESTER SCHWAB KATZ & DWYER, LLP

                        _____
                        Leonard Silverman (LS-7579)
                        Attorneys for Defendants
                        TRUCKLEASE CORPORATION and WEBSTER TRUCKING CORP.
                        120 Broadway
                        New York, New York 10271
                        (212) 964-6611

TO:

JESSE BARAB, ESQ.
30 Park Circle
White Plains, New York 10603
P: (212) 781-0633
F: (212) 781-6203
Attorney for Plaintiff