UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ESAM YOUSEF,

                          Plaintiff,

    -against-

TRUCKLEASE CORPORATION, JOHN DOE,
an individual whose identity is unknown, and
WEBSTER TRUCKING CORP.,

                          Defendants.
------------------------------------------------------------x

**Docket No.: 07 CIV 6109**

**Assigned to: Judge Lynch**

## DECLARATION OF SERVICE

I served the NOTICE OF REMOVAL, CIVIL COVER SHEET, RULE 7.1 CERTIFICATE AND PETITION FOR REMOVAL upon the Supreme Court of the State of New York, County of Bronx and by first-class mail on the following persons on June 28, 2007:

      JESSE BARAB, ESQ.
      30 Park Circle
      White Plains, New York 10603
      P: (212) 781-0633
      F: (212) 781-6203
      Attorney for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 28, 2007.

                                    _____
                                      Mary E. Magee