UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ESAM YOUSEF,

                                    Plaintiff,

        -against-

TRUCKLEASE CORPORATION, et al.,

                                    Defendants.

------------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/09

07 Civ. 5109 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

        By Order dated December 4, 2008, plaintiff was warned that "this action will be dismissed for failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure, unless plaintiff communicates with the Court in writing, no later than December 18, 2008, affirming his intention to prosecute the action, and presenting the Court with a proposed Case Management Plan for the Court's approval." To date, the Court has not received any further communication from plaintiff.

        Accordingly, it is hereby ordered that this case be dismissed for failure to prosecute. The Clerk of the Court is respectfully directed to close this case.


SO ORDERED.

Dated: New York, New York
        April 15, 2009

                                                _____
                                                GERARD E. LYNCH
                                                United States District Judge